IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Finstein, Robert | Case Number: 04 B 06323 |
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 2/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: September 28, 2007
Confirmed: May 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,762.38 | |
| Secured: | | 0.00 |
| Unsecured: | | 13,748.90 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 813.48 |
| Other Funds: | | 0.00 |
| Totals: | 15,762.38 | 15,762.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 1,200.00 | 1,200.00 |
| 2. | American Express Centurion | Unsecured | 1,059.02 | 1,059.02 |
| 3. | Resurgent Capital Services | Unsecured | 942.76 | 942.76 |
| 4. | Resurgent Capital Services | Unsecured | 346.07 | 346.07 |
| 5. | RoundUp Funding LLC | Unsecured | 1,471.60 | 1,471.60 |
| 6. | RoundUp Funding LLC | Unsecured | 479.49 | 479.49 |
| 7. | Discover Financial Services | Unsecured | 720.25 | 720.25 |
| 8. | RoundUp Funding LLC | Unsecured | 570.92 | 570.92 |
| 9. | RoundUp Funding LLC | Unsecured | 448.67 | 448.67 |
| 10. | Resurgent Capital Services | Unsecured | 693.19 | 693.19 |
| 11. | Unifund CCR Partners | Unsecured | 956.99 | 956.99 |
| 12. | Portfolio Recovery Associates | Unsecured | 545.98 | 545.98 |
| 13. | Educational Credit Management Corp | Unsecured | 468.99 | 468.99 |
| 14. | Resurgent Capital Services | Unsecured | 526.02 | 526.02 |
| 15. | RoundUp Funding LLC | Unsecured | 522.59 | 522.59 |
| 16. | American Express Centurion | Unsecured | 577.71 | 577.71 |
| 17. | B-Line LLC | Unsecured | 1,131.08 | 1,131.08 |
| 18. | United Student Aid Funds Inc | Unsecured | 412.05 | 412.05 |
| 19. | United Student Aid Funds Inc | Unsecured | 1,875.52 | 1,875.52 |
| 20. | Bank One | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 23. | MBNA America | Unsecured | | No Claim Filed |
| 24. | MBNA America | Unsecured | | No Claim Filed |
| 25. | Providian | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Finstein, Robert | Case Number: 04 B 06323 |
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 2/19/04 |

| | | | |
|---|---|---|---|
| 26. MBNA America | Unsecured | | No Claim Filed |
| 27. MBNA America | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 14,948.90 | $ 14,948.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 48.88 |
| 6.5% | 271.75 |
| 3% | 34.82 |
| 5.5% | 194.22 |
| 5% | 58.03 |
| 4.8% | 100.90 |
| 5.4% | 104.88 |
| | _____ |
| | $ 813.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_